In the Matter of the Estate of CHARLES FEINBERG, Deceased.

JACK KATZ, Appellant; SAMUEL FEINBERG, as Administrator with the Will Annexed of CHARLES FEINBERG, Deceased, Respondent.

Argued March 8, 1938; decided April 12, 1938.

*Jay Leo Rothschild* and *David Brady* for appellant.

*William Macy, Max M. Greenfield* and *Charles J. Hyman* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.